**Fill in this information to identify the case:**

Debtor name **NuStar Manufacturing, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **16-12272 (CSS)**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $     0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................. $     1,165,194.16

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................................. $     1,165,194.16

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     739,213.65

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................... $     0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     3,590,683.59

4. **Total liabilities** ...................................................................................................................
   Lines 2 + 3a + 3b

   $     4,329,897.24

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                   Best Case Bankruptcy

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

**In re:  NuStar Manufacturing, LLC (the "Debtor")**          **Case No. 16-12272 (CSS)**

**Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtor's Statement and Schedules**

The Debtor submits its Schedules of Assets and Liabilities (the "Schedules"), and Statement of Financial Affairs (the "Statement"), pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007.  The following notes regarding the Schedules and Statement are fully incorporated into and made part of the Schedules and Statement.  These notes comprise an integral part of the Schedules and Statement, and should be referred to and considered in connection with any review of the Schedules and Statement.  Unless otherwise noted, the financial and other information contained in the Schedules and Statement is derived from the Debtor's books and records pursuant to the condition they were in as of the Debtor's bankruptcy filing on October 14, 2016 (the "Petition Date").

The Debtor reserves all rights for it or the chapter 7 trustee to further amend the Schedules and Statement in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Schedules and Statement as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."  Furthermore, nothing contained in the Schedules and Statement shall constitute a waiver of rights by the Debtor or chapter 7 trustee involving any present or future causes of action, contested matters or other issues under the provisions of chapter 11 of title 11 of the United States Code or other applicable non-bankruptcy laws.

Given the state of the Debtor's books and records as of the Petition Date, and the differences between the information to be submitted in the Schedules and Statements and the financial information utilized under Generally Accepted Accounting Principles, the aggregate asset values and claim amounts set forth in the Schedules and Statements may not reflect the values and amounts that would be set forth in a balance sheet for the Debtor prepared in accordance with Generally Accepted Accounting Principles on a consolidated basis.

It would be prohibitively expensive, unduly burdensome and extremely time-consuming to obtain current market valuations of the Debtor's assets.  Accordingly, unless otherwise indicated, net book values rather than current market values are reflected on the Schedules and Statements. The current book values may not reflect a comprehensive review of accounting adjustments, including asset impairments and write-downs, which may be required and conducted in relation to the Debtor's bankruptcy.  The reader therefore should not place undue reliance upon the book values associated with the assets listed.

## General Notes Regarding the Debtor's Statement and Schedules

### 1. Financial Information.
The information provided for herein, except as otherwise noted, represents the assets and liability based upon the Debtor's books and records as of the Petition Date.

### 2. Unaudited Financial Information.
The Schedules and Statement prepared by the Debtor's management and professionals are unaudited. While the Debtor has tried to ensure that the Schedules and Statements are as accurate and complete as possible, based upon information that was available at the time of the preparation, the subsequent receipt of information or an audit may result in material changes in financial data contained in the Schedules and Statement.

### 3. Claim Description.
Any failure to designate a claim on the Statement and Schedules as "contingent," "unliquidated," or "disputed" does not constitute an admission that such claim is not "contingent," "unliquidated," or "disputed." The Debtor and the chapter 7 trustee reserve the right to dispute, or to assert offsets or defenses to any claim reflected on its Schedules as to amount, liability, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."

Moreover, the Debtor and the chapter 7 trustee reserve all rights to amend the Statement and Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Statement and Schedules as to amount, liability or classification of the claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

Furthermore, nothing contained in the Statement and Schedules shall constitute a waiver of rights by the Debtor or the chapter 7 trustee involving any present or future causes of action, contested matters or other issues under the provisions of Chapter 11 of title 11 of the United States Code or other relevant non-bankruptcy laws.

### 4. Accuracy.
While the Debtor has sought to file complete and accurate Schedules and Statements, inadvertent errors and omissions may exist due to the state of the Debtor's books and records as of the Petition Date. The Debtor and the chapter 7 trustee reserve the right to amend the Schedules and Statement as necessary or appropriate.

### 5. Insiders.
Persons listed as "insiders" have been included for informational purposes only. The Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law.

The Debtor has included payments and awards that aggregate to over $6,425 made over the twelve months preceding the filing to any individual deemed an insider.

2

**6. Setoffs.**
The Debtor sometimes incur setoffs from third parties during the ordinary course of business. Certain of these constitute normal setoffs consistent with the ordinary course of business in the Debtors' industry.

**7. Specific Notes.**
These general notes are in addition to the specific notes set forth in the related Statement and Schedules hereinafter.

**Note to Schedule "A"**

The Debtor does not own any real property.

**Schedule B Disclaimer**

Unless otherwise noted, all of the amounts listed on Schedule B represent the most current value that the Debtor has for its assets as of the Petition Date.

**Notes to Schedule "G"**

The Debtor and the chapter 7 trustee reserve all rights, claims and causes of action with respect to the contracts and agreements listed on the Schedule, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument as either an executory contract or an unexpired lease, as the case may be.

**General Disclaimer**

The Debtor has prepared the Schedules and the Statements based on the information reflected in the Debtor's books and records. However, inasmuch as the Debtor's books and records have not been audited and/or updated due to financial extremis, the Debtor cannot warrant the absolute accuracy of these documents. The Debtor, and its officers and professionals, have made a diligent, good faith effort to complete these documents accurately and completely. To the extent additional information becomes available, the Debtor or chapter 7 trustee will amend and supplement the Schedules and Statements.

**Fill in this information to identify the case:**

Debtor name    **NuStar Manufacturing, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **16-12272 (CSS)**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☑ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. Does the debtor have any accounts receivable?

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable  - See Attachment 11**

| | | | |
| --- | --- | --- | --- |
| 11a. 90 days old or less: | 277,470.67 | - | 0.00 | = .... | **$277,470.67** |
| | face amount | | doubtful or uncollectible accounts | | |

| | | | |
| --- | --- | --- | --- |
| 11b. Over 90 days old: | 676,583.62 | - | 232,010.13 | =.... | **$444,573.49** |
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$722,044.16**

| Part 4: | Investments |
| --- | --- |

13. Does the debtor own any investments?

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

Debtor    **NuStar Manufacturing, LLC**                               Case number *(If known)* **16-12272 (CSS)**
_____
          Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. Does the debtor own any inventory (excluding agriculture assets)?

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 48. Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. Aircraft and accessories | | | |
| 50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)<br>See Attachment 50 - Equipment List describing equipment and providing location | | | $443,150 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    | $443,150 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

54. Does the debtor own or lease any real property?

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **NuStar Manufacturing, LLC**_____    Case number _(if known)_ **16-12272 (CSS)**
          Name

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites | | | |
| 62. Licenses, franchises, and royalties | | | |
| 63. Customer lists, mailing lists, or other compilations Customer List - See Attachment 63 (provided to chapter 7 trustee, but not filed) | Unknown | | Unknown |
| 64. Other intangibles, or intellectual property Samples/formulas/products created for customers and prospective customers - See Attachment 64 (provided to chapter 7 trustee, but not filed) | Unknown | | Unknown |
| 65. Goodwill | | | |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  | $0.00 |

**67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

Current value of debtor's interest

| 71. Notes receivable Description (include name of obligor) | |
| 72. Tax refunds and unused net operating losses (NOLs) Description (for example, federal, state, local) | |
| 73. Interests in insurance policies or annuities | |
| 74. Causes of action against third parties (whether or not a lawsuit | |

| Debtor | **NuStar Manufacturing, LLC** | | Case number *(if known)* **16-12272 (CSS)** |
| | Name | | |

has been filed)
**Counterclaim (as joint Counterclaim Plaintiff with
Nutroganics, Inc.) against E-Hydrate, LLC in that certain
action pending before the Fourth Judicial District Court,
Utah County, State of Utah, Case No. 160300026**

Legal claims in excess
of $8 million

| Nature of claim | **5 Requests for Relief - See Attachment 74** |
| Amount requested | **$0.00** |

**Potential claims and causes of action (jointly with
Nutroganics, Inc.) against Aquastar, North Park, and
their respective principals**

Legal claims in excess
of $20 million

| Nature of claim | **Litigation** |
| Amount requested | **$0.00** |

75.     **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.     **Total of Part 11.**                                                              **$0.00**

Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **NuStar Manufacturing, LLC**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ Name

Case number *(If known)*  **16-12272 (CSS)**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $722,044.16 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $443,150 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total. Add lines 80 through 90 for each column** | $722,044.16 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92      $1,165,194.16

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **NuStar Manufacturing, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **16-12272 (CSS)**

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|
| **2.1** Crestmark Bank, N.A. <br> Creditor's Name <br> **5480 Corporate Drive, Suite 350** <br> **Troy, MI 48098** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** | **Describe debtor's property that is subject to a lien** <br><br><br> **Describe the lien** <br> **lien on receivables** <br> Is the creditor an insider or related party? <br> ■ No <br> ☐ Yes <br> Is anyone else liable on this claim? <br> ■ No <br> ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **$175,000.00** | **Unknown** |
| **Do multiple creditors have an interest in the same property?** <br> ■ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **2.2** Loeb Equipment <br> Creditor's Name <br> **c/o Jim Newman** <br> **4131 South State Street** <br> **Chicago, IL 60609** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br> **Last 4 digits of account number** | **Describe debtor's property that is subject to a lien** <br> **See Attachment 50 - Equipment List (describing equipment and location)** <br><br> **Describe the lien** <br> **lien on equipment** <br> Is the creditor an insider or related party? <br> ■ No <br> ☐ Yes <br> Is anyone else liable on this claim? <br> ■ No <br> ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **$295,000.00** | **Unknown** |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** <br> Check all that apply | | |

Debtor   **NuStar Manufacturing, LLC**
_____
Name

Case number (if know)   **16-12272 (CSS)**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.3 | **Nutroganics Capital, LLC**
Creditor's Name | Describe debtor's property that is subject to a lien | $269,213.65 | Unknown |

**c/o Dennis Cieri
523 Edgewater Road
Edgewater, NJ 07020**
Creditor's mailing address

**Describe the lien**
**junior blank lien on substantially all of
Debtor's assets**

Is the creditor an insider or related party?
☐ No
☑ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.4 | **World Wide Investments
LLC**
Creditor's Name | Describe debtor's property that is subject to a lien | $0.00 | Unknown |

**1334 S Pioneer Way
Moses Lake, WA 98837**
Creditor's mailing address

**Describe the lien**
**blanket lien on substantially all of Debtor's
assets**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $739,213.65

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 2 of 3

Debtor   __NuStar Manufacturing, LLC_____        Case number (if know)   __16-12272 (CSS)_____
         Name

Name  and address                                             On which line in Part 1 did    Last 4 digits of
                                                              you enter the related creditor?   account number for
                                                                                             this entity

**Fill in this information to identify the case:**

Debtor name **NuStar Manufacturing, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known) **16-12272 (CSS)**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**A & M Mechanical & Fabrication**<br>**660 South 240 East**<br>**Salem, UT 84653**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$90.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Aaron Packaging, Inc.**<br>**P.O. Box 1501**<br>**Kent, WA 98035-1501**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,412.38** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Accelerated Packaging**<br>**790 South 680 East**<br>**Payson, UT 84651**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$189,983.23** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Ace Disposal**<br>**P.O. Box 2608**<br>**Salt Lake City, UT 84110-2608**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,440.39** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                53670                Best Case Bankruptcy

Debtor   **NuStar Manufacturing, LLC**
_____
Name

Case number (if known)   **16-12272 (CSS)**
_____

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,527.16 |

**ACRC**
4030 Valley Blvd, Suite 108
Walnut, CA 91789

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $490.94 |

**Addtech Controls**
10702 S 300 W Ste. 110
South Jordan, UT 84095-4022

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $683.75 |

**Albion**
P.O. Box 750
Clearfield, UT 84089-0750

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,475.00 |

**American Liberty Insurance**
3601 N University Ave, Ste. 100
Provo, UT 84604

Date(s) debt was incurred __

Last 4 digits of account number  0215

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,210.33 |

**American Seals West, Inc.**
P.O. Box 1104 Bldg. B
Ceres, CA 95307

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,901.00 |

**Analytic Resources Laboratories**
1046 South 1680 West
Orem, UT 84058

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,901.00 |

**Analytic Resources Labortories**
1046 South 1680 West
Orem, UT 84058

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **NuStar Manufacturing, LLC**                    Case number (if known)   **16-12272 (CSS)**
_____
        Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,656.25 |
|---|---|---|---|

**Anderson Global Group**
2030 Main Street Ste. 430
Irvine, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,443.05 |
|---|---|---|---|

**Applied Industrial Technologies**
1185 S 1480 W
Orem, UT 84058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,836.05 |
|---|---|---|---|

**Arco Inc.**
5380 South Riley Lane
Murray, UT 84107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,802.00 |
|---|---|---|---|

**Auger Fabrication Inc.**
418 Creamery Way
Exton, PA 19341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,598.75 |
|---|---|---|---|

**Automated Technical Services**
P.O. Box 459
Springville, UT 84663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,708.30 |
|---|---|---|---|

**B&D Nutritional Ingredients**
128 Liberty Way, Ste. A
Vista, CA 92081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,475.00 |
|---|---|---|---|

**Beeline Pest Control**
P.O. Box 160248
Clearfield, UT 84016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  8802

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **NuStar Manufacturing, LLC**                    Case number (if known) **16-12272 (CSS)**
_____
Name

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,500.00**
**Behind Genobolix**
1260 E Locust St #302
Ontario, CA 91761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,486.11**
**Berry Plastics**
Attn: Gena Borders
Dept 710004 PO Box 514670
Los Angeles, CA 90051-4670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$508.97**
**BestShred, LLC**
5406 West 11000 North Suite 103-542
Highland, UT 84003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$174,601.76**
**Betty Lou's, Inc.**
P.O. Box 537
McMinnville, OR 97128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$805.60**
**Blowtin Containers**
P.O. Box 774
Springville, UT 84663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$694.41**
**ButterBuds**
Attn: Brenda Fink
2330 Chicory Road
Racine, WI 53403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,936.50**
**Capsugel US, LLC**
Lockbox #640091
P.O. Box 640091
Pittsburgh, PA 15264-0091

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **NuStar Manufacturing, LLC**            Case number (if known)  **16-12272 (CSS)**
       Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66,241.41 |
|---|---|---|---|

Carmi Flavors
6030 Scott Way
Commerce, CA 90040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,901.95 |
|---|---|---|---|

Cascade Fruit Marketing dba Foodguys
P.O. Box 707
Wilsonville, OR 97070-0707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,415.20 |
|---|---|---|---|

CasePak, Inc.
228 W 12300 S, STe. 101
Draper, UT 84020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63,278.07 |
|---|---|---|---|

Charkit Chemical Corp
PO Box 416858
Boston, MA 02241-6858

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,202.57 |
|---|---|---|---|

Cintas Corporation
# 180 Cintas LOC #180
P.O. Box 650838
Dallas, TX 75265-0838

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,408.26 |
|---|---|---|---|

City of Orem
56 N. State Street
Orem, UT 84507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,438.00 |
|---|---|---|---|

COMAX Flavors
130 Baylis Road
Mellville, NY 11717

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **NuStar Manufacturing, LLC**                                  Case number (if known)    **16-12272 (CSS)**
        Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,551.00 |

Comcast Bus
P.O. Box 34744
Seattle, WA 98124-1744

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,499.06 |

Comcast Business
P.O. Box 37601
Philadelphia, PA 19101-0601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  8198

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,459.14 |

Compressor Pump & Service
3333 West 2400
Salt Lake City, UT 84119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,656.54 |

Creative Compounds
P.O. Box 4011
Scott City, MO 63780

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $721.24 |

CT Leasing, LLC
P.O. Box 84
Boise, ID 83701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,356.50 |

CW Concrete and Asphalt Removal
1193 N 2300 W
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,926.95 |

David Michael & Co
10801 Decatur Road
Philadelphia, PA 19101-1602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **NuStar Manufacturing, LLC**
_____
Name

Case number (if known) **16-12272 (CSS)**

| | | |
|---|---|---|
| **3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$5,583.92** |

**3.40**
Nonpriority creditor's name and mailing address
de lage landen
P.O. Box 41602
Philadelphia, PA 19101-1602

As of the petition filing date, the claim is: Check all that apply.          $5,583.92
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41**
Nonpriority creditor's name and mailing address
DHL Express USA, Inc
16592 Collections Center Drive
Chicago, IL 60693

As of the petition filing date, the claim is: Check all that apply.          $543.84
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42**
Nonpriority creditor's name and mailing address
Diagraph Marking and Coding Group
75 Remittance Drive Ste 1234
Chicago, IL 60675-1234

As of the petition filing date, the claim is: Check all that apply.          $28,689.80
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43**
Nonpriority creditor's name and mailing address
DKA Design Group
4521 Leavenworth St. 16
Omaha, NE 68106-1490

As of the petition filing date, the claim is: Check all that apply.          $2,800.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44**
Nonpriority creditor's name and mailing address
DST
PO Box 503
Springville, UT 84663

As of the petition filing date, the claim is: Check all that apply.          $2,116.36
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45**
Nonpriority creditor's name and mailing address
DynaQuest
8915 S 700 E #203
Sandy, UT 84070

As of the petition filing date, the claim is: Check all that apply.          $1,796.55
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46**
Nonpriority creditor's name and mailing address
Echo Global Logistics
600 West Chicago Ave, Suite 725
Chicago, IL 60654

As of the petition filing date, the claim is: Check all that apply.          $6,002.94
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **NuStar Manufacturing, LLC** | Case number (if known) | **16-12272 (CSS)** |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,057.82**

Ecolab
26252 Network Place
Chicago, IL 60673-1262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,208.02**

Edgar A Weber & Company
549 Palwaukee Drive
P.O. Box 546
Wheeling, IL 60090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,090.00**

Enercon Industries Corp
P.O. Box 773
Menomonee Falls, WI 53052-0773

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$161,539.44**

Essex Grain Products, Inc.
9 Lee Boulevard
Frazer, PA 19355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,002.94**

Euler Hermes-Echo Global Logistics
22168 Network Place
Chicago, IL 60673-1221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,293.97**

Executech
10813 South River Front Pkwy Suite 401
South Jordan, UT 84095

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$103,952.00**

Farbest-Tallman Foods Corp.
160 Summit Ave Suite 200
Montvale, NJ 07645

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **NuStar Manufacturing, LLC**                                      Case number (if known)    **16-12272 (CSS)**
_____
Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,890.36 |
|---|---|---|---|

**FCC Products, Inc**
**106 Naylon Avenue**
**Livingston, NJ 07039**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.00 |
|---|---|---|---|

**FedEx Express Services**
**P.O. Box 7221**
**Pasadena, CA 91109-7321**

Date(s) debt was incurred __
Last 4 digits of account number  9910

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398.79 |
|---|---|---|---|

**FedEx Freight**
**FedEx Freight Dept LA PO Box 21415**
**Pasadena, CA 91185-1415**

Date(s) debt was incurred __
Last 4 digits of account number  9192

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.84 |
|---|---|---|---|

**FedEx Freight 2**
**FedEx Freight Dept LA P.O. Box 21415**
**Pasadena, CA 91185-1415**

Date(s) debt was incurred __
Last 4 digits of account number  3324

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,252.50 |
|---|---|---|---|

**Fifth Nutrisupply Inc**
**5595 Daniels St, Unit B**
**Chino, CA 91710**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,628.50 |
|---|---|---|---|

**Flexpak**
**1894 W 2425 S**
**Woods Cross, UT 84087**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,025.00 |
|---|---|---|---|

**FlexTech**
**1275 South 1600 West**
**Orem, UT 84058**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **NuStar Manufacturing, LLC** | Case number (if known) | **16-12272 (CSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,308.98 |
|---|---|---|---|

**Food for Health**
825 E 800 N
Orem, UT 84097

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1333

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,070.36 |
|---|---|---|---|

**Food Ingredient Solutions**
10 Malcom Ave, Unit 1
Teterboro, NJ 07608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,587.00 |
|---|---|---|---|

**Foodarom USA, Inc**
4343 Viewridge Ave, Suite B
San Diego, CA 92123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,640.00 |
|---|---|---|---|

**Forbes Chocolate**
800 Ken Mar Industrial Pkwy
Broadview Heights, OH 44147

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Freightquote.com**
1495 Paysphere Circle
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  5286

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,024.19 |
|---|---|---|---|

**Fuller Enterprise USA Inc.**
1735 E. Grevillea Court
Ontario, CA 91761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,440.02 |
|---|---|---|---|

**G&K**
976 N. Marshall Way Bldg 2
Layton, UT 84041

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **NuStar Manufacturing, LLC** | | Case number (if known) | **16-12272 (CSS)** |
|---|---|---|---|---|
| | Name | | | |

| | |
|---|---|
| 3.68 **Nonpriority creditor's name and mailing address**<br>**Genabolix Lifescience Int'L CO., LTD** | As of the petition filing date, the claim is: *Check all that apply.*    **$17,500.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.69 **Nonpriority creditor's name and mailing address**<br>**Glenroy, Inc.**<br>**1437 Wells Dr.**<br>**Bensalem, PA 19020** | As of the petition filing date, the claim is: *Check all that apply.*    **$78,727.30**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.70 **Nonpriority creditor's name and mailing address**<br>**GNT USA, Inc.**<br>**660 White Plains Road**<br>**Tarrytown, NY 10591** | As of the petition filing date, the claim is: *Check all that apply.*    **$1,534.88**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.71 **Nonpriority creditor's name and mailing address**<br>**Grainger**<br>**DEPT. 881041834 PO Box 419267**<br>**Kansas City, MO 64141-6267** | As of the petition filing date, the claim is: *Check all that apply.*    **$2,487.62**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.72 **Nonpriority creditor's name and mailing address**<br>**Green Wave Ingredients**<br>**14821 Northam Street**<br>**La Mirada, CA 90638** | As of the petition filing date, the claim is: *Check all that apply.*    **$6,599.68**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.73 **Nonpriority creditor's name and mailing address**<br>**Haulaway Storage Containers**<br>**PO Box 7183**<br>**Pasadena, CA 91109-7183** | As of the petition filing date, the claim is: *Check all that apply.*    **$987.30**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.74 **Nonpriority creditor's name and mailing address**<br>**HMC Products Incorporated**<br>**7165 Greenlee Drive**<br>**Caledonia, IL 61011** | As of the petition filing date, the claim is: *Check all that apply.*    **$40,076.04**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **NuStar Manufacturing, LLC** | Case number (if known) | **16-12272 (CSS)** |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58.32 |
|---|---|---|---|

**Horn**
P.O. Box 1238
Randolph, UT 84064

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,682.10 |
|---|---|---|---|

**HUMCO Holding Group, Inc.**
Attn:  Controller
P.O. Box 670314
Dallas, TX 75267-0314

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,267.30 |
|---|---|---|---|

**Image Fillers Inc**
Highlands Corporate Center
735 Fox Chase Ste. 111
Coatesville, PA 19320

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00 |
|---|---|---|---|

**IMpress Print & Packaging, Inc**
P.O. Box 5143
Cerritos, CA 90703

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,335.28 |
|---|---|---|---|

**Industrial Container and Supply**
P.O. Box 26668
Salt Lake City, UT 84126-0668

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,403.92 |
|---|---|---|---|

**Innomark**
982 E Factory Dr
Saint George, UT 84790

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $276.50 |
|---|---|---|---|

**Intermountain WorkMed**
P.O. Box 30180
Salt Lake City, UT 84130

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NuStar Manufacturing, LLC** | Case number (if known) | **16-12272 (CSS)** |
|---|---|---|---|
| | Name | | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,990.38 |
|---|---|---|---|

**International Financial Services Corp**
1113 S. Milwaukee Ave., Ste. 301
Libertyville, IL 60048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,325.57 |
|---|---|---|---|

**Juan Montano**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $385.19 |
|---|---|---|---|

**Kaps-All Packaging Systems**
200 Mill Road
Riverhead, NY 11901-3125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,620.19 |
|---|---|---|---|

**KC Pallet**
420 W 1000 N
Springville, UT 84663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,151.86 |
|---|---|---|---|

**Kimball Midwest**
Dept. L-2780
Columbus, OH 43260-2780

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120,502.02 |
|---|---|---|---|

**Label Technology**
2050 Wardrobe Ave
Merced, CA 95341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $207,245.85 |
|---|---|---|---|

**Launch Sourcing, LLC**
Attn:  Accounting
2153 S Remington Ave
Saratoga Springs, UT 84045

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **NuStar Manufacturing, LLC**
      Name

Case number (if known)  **16-12272 (CSS)**

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,099.41 |
|---|---|---|---|

**Les Olson Company**
P.O. Box 65598
Salt Lake City, UT 84165-0598

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,586.80 |
|---|---|---|---|

**Lindon City**
100 N State St
Lindon, UT 84042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,977.03 |
|---|---|---|---|

**Live Earth Products, Inc**
400 South 200 East
Emery, UT 84522

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,991.80 |
|---|---|---|---|

**Loanstar Leasing**
P.O. Box 25114
Salt Lake City, UT 84125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140,361.23 |
|---|---|---|---|

**Logistics Giving Resources, LLC**
733 North King, Ste. 112
Salt Lake City, UT 84125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,522.42 |
|---|---|---|---|

**Markem-Imaje**
P.O. Box 3542
Boston, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **1688**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,798.91 |
|---|---|---|---|

**McMaster-Carr**
P.O. Box 7690
Chicago, IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **NuStar Manufacturing, LLC**                                   Case number (if known)    **16-12272 (CSS)**
        Name

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,235.06 |
|---|---|---|---|

**McNeil Printing**
**1189 South 1480**
**Orem, UT 84058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,633.79 |
|---|---|---|---|

**Mechanical Service & Systems**
**1055 South 700 West**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,243.70 |
|---|---|---|---|

**Mission Flavors and Fragrances**
**25882 Wright Circle**
**Foothill Ranch, CA 92610-3503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.00 |
|---|---|---|---|

**Mountain Alarm**
**P.O. Box 12487**
**Ogden, UT 84412-2487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,848.26 |
|---|---|---|---|

**Move It Rental**
**155 W 800 N**
**Orem, UT 84057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number _5200_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,298.25 |
|---|---|---|---|

**MS Business Properties Group**
**P.O. Box 699**
**Pleasant Grove, UT 84062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,509.69 |
|---|---|---|---|

**Mullins Whey, Inc.**
**598 Seagull Dr.**
**Mosinee, WI 54455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **NuStar Manufacturing, LLC**
_____
Name

Case number (if known)    **16-12272 (CSS)**

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 |

**National Packaging Innovations**
P.O. Box 1544
American Fork, UT 84003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,042.68 |

**North Central Companies**
601 Carlson Pkwy, Ste. 400
Minnentonka, MN 55305-5226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,830.24 |

**North Park Enterprises**
965 N Main Street
Springville, UT 84663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,460.25 |

**Novel Ingredient Services, LLC**
10 Henderson Drive
West Caldwell, NJ 07006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,656.00 |

**NSF International**
Dept. Lockbox #771380 P.O. Box 77000
Detroit, MI 48277-1380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $528,120.00 |

**Nutroganics**
6701 Democracy Blvd, Ste 300
Bethesda, MD 20817-7500

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |

**OSF Flavors, Inc.**
40 Baker Hollow Road PO Box 591
Windsor, CT 06095

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **NuStar Manufacturing, LLC**
_____
         Name

Case number (if known)   **16-12272 (CSS)**

| | | |
|---|---|---|
| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$58,800.20** |

**3.110**

Nonpriority creditor's name and mailing address
P.O. Box 699

Pleasant Grove, UT 84062

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$58,800.20**

---

**3.111**

Nonpriority creditor's name and mailing address
Paragon Corporate Housing
 2455 George Washington Way Suite D114
Richland, WA 99354

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,556.00**

---

**3.112**

Nonpriority creditor's name and mailing address
Parr, Brown, Gee, & Loveless
101 South 200 East, Ste 700
Salt Lake City, UT 84111

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$41,722.04**

---

**3.113**

Nonpriority creditor's name and mailing address
PB Leiner USA
PO Box 5281
Des Moines, IA 50305-5281

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$43,634.23**

---

**3.114**

Nonpriority creditor's name and mailing address
Prinova Flavors, LLC
36780 Eagle Way
Chicago, IL 60678-1367

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,918.56**

---

**3.115**

Nonpriority creditor's name and mailing address
PSnC, Inc
Attn:  Louie
5952-56 Keystone Drive
Bath, PA 18014

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,024.60**

---

**3.116**

Nonpriority creditor's name and mailing address
Pure Water Solutions
2500 S Decker Lake Blvd #17
Salt Lake City, UT 84119

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,041.04**

Debtor    **NuStar Manufacturing, LLC**
      Name

Case number (if known)    **16-12272 (CSS)**

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,147.47 |
|---|---|---|---|

**Quad Packaging**
4200 South 121st Plaza
Omaha, NE 68137

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,570.90 |
|---|---|---|---|

**Questar**
PO Box 45841
NJ 08413-9000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,009.38 |
|---|---|---|---|

**Revco Leasing**
PO Box 65598
Salt Lake City, UT 84165-0598

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,483.91 |
|---|---|---|---|

**RMH Systems**
PO Box 3251
Omaha, NE 68103-0251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,845.10 |
|---|---|---|---|

**RMK Accounting Solutions LLC**
5211 S. Fletcher Ave Ste 200
Fernandina Beach, FL 32034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,114.32 |
|---|---|---|---|

**Rocky Mountain Power**
1033 NE 6th Ave Portland
Portland, OR 97256-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,734.75 |
|---|---|---|---|

**Securitas**
4021 S 700 E
Salt Lake City, UT 84107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **NuStar Manufacturing, LLC**
_____
Name

Case number (if known) __16-12272 (CSS)__

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,049.20 |

**Spectrum Label Corporation**
 30803 San Clemente Street
Hayward, CA 94544

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,575.00 |

**State of Utah**
**Department of Agriculture and Food**
P.O. Box 146500
Salt Lake City, UT 84114-6500

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __6997_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212.50 |

**StateFire DC Specialties**
240 West 3680
Salt Lake City, UT 84115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,722.22 |

**Stauber**
Attn:  Stacey Petrey
4120 N Palm Street
Fullerton, CA 92835

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.75 |

**Step Saver, INC**
1901 W 2425 S
Woods Cross, UT 84087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,079.24 |

**Steviva Ingredients**
 725 NW Flanders, Ste 402
Portland, OR 97209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127.00 |

**Stewarts Lawn Service**
**Payment Processing 1602 W Business Park**
Orem, UT 84058

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **NuStar Manufacturing, LLC**
Name

Case number (if known)  **16-12272 (CSS)**

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,888.00 |

**Stiebs**
11767 Road 27 1/2
Madera, CA 93637

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,674.44 |

**Swan Law Firm, PLLC**
10808 S River Front Parkway, Suite 363
South Jordan, UT 84095

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |

**T.H.E.M. of New Jersey**
5 East Stow Road Unit H
Marlton, NJ 08053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,252.28 |

**Target Labels and Packaging**
95 South Riverbend Way Suite D
North Salt Lake, UT 84054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.40 |

**Terry Laboratories**
7005 Technology Drive
Melbourne, FL 32904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,225.00 |

**Tiancheng International, Inc**
 2851 E Philadelphia Street
Ontario, CA 91761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,093.15 |

**TIC Gums**
4609 Richlynn Dr.
Belcamp, MD 21017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NuStar Manufacturing, LLC** | Case number (if known) | **16-12272 (CSS)** |
|---|---|---|---|
| | Name | | |

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,891.91**

**TricorBraun Inc**
Dept 710022 PO Box 514670
Los Angeles, CA 90051

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,068.36**

**Trinity Logistics, Inc**
PO Box 62702
Baltimore, MD 21264

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,450.57**

**Uline Shipping Supply Specialists**
PO Box 88741
Chicago, IL 60680-1741

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$818.78**

**Ungerer & Company**
4 Bridgewater Lane PO Box U
Lincoln Park, NJ 07035

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,500.37**

**Univar USA, Inc**
13009 Collections Ctr
Chicago, IL 60693

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,992.87**

**Utah Scale Center**
199 West Cottage Ave.
Sandy, UT 84070

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$468.30**

**Utah Valley Emergency Physicians**
PO Box 26974
Salt Lake City, UT 84126-0974

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **NuStar Manufacturing, LLC**
Name

Case number (if known)    **16-12272 (CSS)**

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,644.40 |

**Valley Processing Inc**
108 E Blaine Ave PO Box 246
Sunnyside, WA 98944

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**VanTone Creative Flavors**
200 Metro Drive
Terrell, TX 75160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,041.60 |

**Vi-cas Manufacturing Co**
PO BOX 36310
Cincinnati, OH 45236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,084.05 |

**Viking Masek**
40 Woodland Ct.
Oostburg, WI 53070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,188.58 |

**Virginia Dare**
882 Third Ave
Brooklyn, NY 11232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0488**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**Virginia High Performance**
2401 Bells Rd, Ste 117
Virginia Beach, VA 23451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,840.04 |

**Vivion, Inc**
929 Bransten Rd.
San Carlos, CA 94070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __NuStar Manufacturing, LLC__   Case number (if known) __16-12272 (CSS)__
Name

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,564.27 |

**Wintersun Chemical**
 1250 E Belmont St
Ontario, CA 91761

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,256.44 |

**Worldwide Express - Utah**
286 Washington Ave Ext Suite 100
Albany, NY 12203

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $714.59 |

**Xpedx Veritiv Operating Company**
PO Box 677319
Dallas, TX 75267-7319

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 3,590,683.59 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 3,590,683.59 |

| Fill in this information to identify the case: |
| --- |
| Debtor name    **NuStar Manufacturing, LLC** |
| United States Bankruptcy Court for the:    DISTRICT OF DELAWARE |
| Case number (if known)    **16-12272 (CSS)** |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases - See Attachment 50** | |
| | State the term remaining | | **HMC Products Incorporated** |
| | List the contract number of any government contract | | **7165 Greenlee Drive** |
| | | | **Caledonia, IL 61011** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases - See Attachment 50** | |
| | State the term remaining | | |
| | List the contract number of any government contract | **IFH** | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Leases - See Attachment 50** | |
| | State the term remaining | | **International Fin. Services Corp.** |
| | List the contract number of any government contract | | **1113 S. Milwaukee Ave., Ste. 301** |
| | | | **Libertyville, IL 60048** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **NuStar Manufacturing, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **16-12272 (CSS)**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

Column 1: **Codebtor**                                                                 Column 2: **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | _____ | Street _____<br>_____<br>City    State    Zip Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>_____<br>City    State    Zip Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>_____<br>City    State    Zip Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>_____<br>City    State    Zip Code | | _____ | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name   **NuStar Manufacturing, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **16-12272 (CSS)**

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/31/16         x _____
                                  Signature of individual signing on behalf of debtor

                               **David Sackler**
                               Printed name

                               **President & CEO**
                               Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

NuStar Manufacturing, LLC, Case No. 16-12272 (CSS) - Attachment 11

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| AST Sports Science | 0.00 | 0.00 | 0.00 | 18,717.36 | 119,772.96 | 138,490.32 |
| BAC Alpha Corp | 0.00 | 0.00 | 0.00 | 0.00 | 2,748.39 | 2,748.39 |
| Betty Lou's Inc | 0.00 | 0.00 | 4,679.40 | 27,593.94 | 97,195.94 | 129,469.28 |
| Bodiotics LLC | 0.00 | 0.00 | 0.00 | 0.00 | 688.20 | 688.20 |
| Celmark International | 0.00 | 0.00 | 0.00 | 75,000.00 | 0.00 | 75,000.00 |
| Colorado Biolabs | 0.00 | 0.00 | 0.00 | 11,096.07 | 2,090.00 | 13,186.07 |
| Creative Flavor Concepts | 0.00 | 7,720.00 | 85,799.81 | 0.00 | 0.00 | 93,519.81 |
| E-Hydrate | 0.00 | 0.00 | 0.00 | 0.00 | -15,735.68 | -15,735.68 |
| EHPlabs LLC | 0.00 | 0.00 | 0.00 | 0.00 | 233.54 | 233.54 |
| Essex Grain | 0.00 | 0.00 | 0.00 | 18,104.61 | 0.00 | 18,104.61 |
| GEO Essential, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 4,108.80 | 4,108.80 |
| Gifted Nutrition | 0.00 | 0.00 | 0.00 | 0.00 | 13,369.11 | 13,369.11 |
| Grocery Outlet | 0.00 | 0.00 | 0.00 | 0.00 | 3,809.80 | 3,809.80 |
| InnoMark, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 46,697.40 | 46,697.40 |
| Jusuru International, Inc | 0.00 | 0.00 | 0.00 | 0.00 | 10,786.40 | 10,786.40 |
| LifeVantage Corporation | 0.00 | 12,209.62 | 0.00 | 10,143.18 | 23,799.69 | 46,152.49 |
| Natrol, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Performance Packaging of Nevada, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | 15.00 |
| Production Advisors, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 1,121.44 | 1,121.44 |
| Respawn Energy | 0.00 | 0.00 | 0.00 | 0.00 | 9,635.06 | 9,635.06 |
| Silverbow | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sunwarrior | 0.00 | 0.00 | 0.00 | 0.00 | -5,830.86 | -5,830.86 |
| SupraNaturals, LLC | 0.00 | 0.00 | 0.00 | 0.00 | 3,254.04 | 3,254.04 |
| Trail Butter | 0.00 | 0.00 | 0.00 | 0.00 | -5,099.40 | -5,099.40 |

| | Current | 1 – 30 | 31 – 60 | 61 – 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Yevo International, LLC | 0.00 | 0.00 | 1,675.08 | 4,731.60 | 131,913.66 | 138,320.34 |
| | 0.00 | 19,929.62 | 92,154.29 | 165,386.76 | 444,573.49 | 722,044.16 |
| TOTAL | 0.00 | 19,929.62 | 92,154.29 | 165,386.76 | 444,573.49 | 722,044.16 |

NuStar Manufacturing, LLC, Case No. 16-12272 (CSS) - Attachment 10

| LTS Permanent Reference # | 16 - Status | 16 - Ownership | 16 - Plant Location when appraised in 2016 | Location - October 2016 per NuStar | COMMENT FROM AQUA STAR RE INSPECTION | 16 - OEM | 16 - Model | 16 - Serial# | 16 - Year Built | 16 - Machine Description | 16 - Detail Image # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTS - '092 | | NUSTAR - 1353 W 300 South Lindon, UT 84042 | AQUASTAR - 965 N Main St Springville, UT 84663 | | | | | | | 6 ft Aluminum Conveyor on Adjustable Legs with 12 in Wide Belting and Top Mounted Motorized Wheel with Speed Controller | 309 |
| LTS - '014 | | AQUASTAR - 965 N Main St Springville, UT 84663 | AQUASTAR - 965 N Main St Springville, UT 84663 | | | Ohaus | T31P Series 3000 | | | 3,000 Series Digital Scale with 17 in x 22 in Platform and Poly Digital Display Head | 314 |
| LTS - '037 | | AQUASTAR - 965 N Main St Springville, UT 84663 | AQUASTAR - 965 N Main St Springville, UT 84663 | | | Viking Masek | ST560 | 2546 | 2011 | Stainless Steel Vertical (10) Lane Stick Form Fill and Seal Machine with Top Mounted Agitated Hopper, (10) Back Sealers, 22 in Wide Sealing Jaw, Siemens Color Touch Screen Operator Controller, Film Sealing Motor Auxiliary Controllers, Filling Station Operating Controllers, Product Coding Station Auxiliary Controllers, Carton Steel Cabinet with Model 9250 S/N FR120120550 Color Touch Screen Programmable Ink Jet Coder with Stainless Steel Cart and Machine Mounted Traveling Print Head Mechanism, Plexiglas Safety Doors, Poly Parts Cart with a Change of Parts, Etc | 312 |
| LTS - '043 | | AQUASTAR - 965 N Main St Springville, UT 84663 | AQUASTAR - 965 N Main St Springville, UT 84663 | | | Sanko | SANFC60 | 21616 | 2005 | 2-Head Vertical Form Fill and Seal Stick Machine with Film Slitter, Embosser, Top Mounted Rotary Volumetric Filler, Stainless Steel Hopper, Dual Back Sealers, 3 in Wide Sealing Jaw, Digital Head Controllers, Digital Operating Controllers, Carbon Steel Cabinet with Plexiglas Safety Panels | 315, 316 |
| LTS - '049 | | AQUASTAR - 965 N Main St Springville, UT 84663 | AQUASTAR - 965 N Main St Springville, UT 84663 | | | Image Filler | | | | Stainless Steel Pedestal Mounted Powder Filler with Stainless Steel Hopper and Flow Powder Attachments | 318 |
| LTS - '068 | | AQUASTAR - 965 N Main St Springville, UT 84663 | AQUASTAR - 965 N Main St Springville, UT 84663 | | | Sterling | M282012C | 39D02257 | | Electric Liquid Temperature Controller | 305 |
| LTS - '070 | | AQUASTAR - 965 N Main St Springville, UT 84663 | AQUASTAR - 965 N Main St Springville, UT 84663 | | | Groen | TA100 | 35531 | | 100 Gallon Stainless Steel 80 psi National Board 35531 Steam Jacketed Twin Action Mixing Kettle with (3) Stainless Steel Legs Stainless Steel Bridge Split Stainless Steel Covers | 304 |
| LTS - '072 | | AQUASTAR - 965 N Main St Springville, UT 84663 | AQUASTAR - 965 N Main St Springville, UT 84663 | | | Schweitzers | 981395 | | | 100 Gallon Stainless Steel Vertical Closed Top Slant Bottom Tank, 20 in Top Manway Pneumatic Discharge Valve, Etc | 306 |

| LTS Permanent Reference # | 16 - Status | 16 - Ownership | 16 - Plant Location when appraised in 2016 | Location - October 2016 per NuStar | COMMENT FROM AQUA STAR RE INSPECTION | 16 - OEM | 16 - Model | 16 - Serial # | 16 - Year Built | 16 - Machine Description | 16 - Detail Image # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTS - '073 | | | AQUASTAR - 965 N Main St Springville, UT 84663 | AQUASTAR - 965 N Main St Springville, UT 84663 | | Ampco | ZP106050SO | CC7968512 | | 7.5 hp Stainless Steel Positive Displacement Pump | 301 |
| LTS - '074 | | | AQUASTAR - 965 N Main St Springville, UT 84663 | AQUASTAR - 965 N Main St Springville, UT 84663 | | | LCR322622 1 | CC6049411 | | 7.5 hp Stainless Steel Centrifugal Pump | 300 |
| LTS - '080 | | | AQUASTAR - 965 N Main St Springville, UT 84663 | AQUASTAR - 965 N Main St Springville, UT 84663 | | Dorner | | | | 6 ft Aluminum Conveyor with 5 in Wide Belting | 310 |
| LTS - '081 | | | AQUASTAR - 965 N Main St Springville, UT 84663 | AQUASTAR - 965 N Main St Springville, UT 84663 | | | | | | 15 ft Galvanized Conveyor with 29 in Bed 24 in Belting Motor and Speed Control | 311 |
| LTS - '083 | | | AQUASTAR - 965 N Main St Springville, UT 84663 | AQUASTAR - 965 N Main St Springville, UT 84663 | | | | | | 12 ft Aluminum Conveyor with 6 in Wide Rubberized Belting Motor and Speed Controller | 320 |
| LTS - '084 | | | AQUASTAR - 965 N Main St Springville, UT 84663 | AQUASTAR - 965 N Main St Springville, UT 84663 | | Packaging Systems | 62MSScan | 13942 | 1989 | 17 ft long Stainless Steel Spray Tunnel (used for scaling) with 72 in Wide Belting, Rollers, Pumps, Pipes | 308 |
| LTS - '089 | | | AQUASTAR - 965 N Main St Springville, UT 84663 | AQUASTAR - 965 N Main St Springville, UT 84663 | | | | | | Package Integrity/Leak Tester with Aluminum Pot, Plexiglass Lid with Seal, Mastercool 6CFM Vacuum Pump | 313 |
| LTS - '098 | | | AQUASTAR - 965 N Main St Springville, UT 84663 | AQUASTAR - 965 N Main St Springville, UT 84663 | | | | | | 8 in Stainless Steel Double Diaphragm Pneumatic Pump | 322 |
| LTS - '100 | | | AQUASTAR - 965 N Main St Springville, UT 84663 | AQUASTAR - 965 N Main St Springville, UT 84663 | | Ampco | ZP106050SO | CC7968511 | | Stainless Steel Positive Displacement Pump Inline Drive and 7 1/2 hp Motor with Motor Controller and Power Cord | 302 |
| LTS - '111 | | | AQUASTAR - 965 N Main St Springville, UT 84663 | AQUASTAR - 965 N Main St Springville, UT 84663 | | Admik | DS425 | | | Stainless Steel Dynashear High Shear Inline Mixer with 7.5 hp Stainless Steel Wash-down Motor on 8 Stainless Steel Base with Casters | 303 |
| LTS - '112 | | | AQUASTAR - 965 N Main St Springville, UT 84663 | AQUASTAR - 965 N Main St Springville, UT 84663 | | Admik | FF425 | RO002 | 2007 | Stainless Steel Fastfeed Powder Induction and Dispersion Skid with Stainless Steel Hopper, Stainless Steel Pump, Stainless Steel Dynashear Mill, Stainless Steel Frame with Casters | 307 |
| LTS - '216 | | | AQUASTAR - 965 N Main St Springville, UT 84663 | AQUASTAR - 965 N Main St Springville, UT 84663 | | CVC | | | | Automatic Conveyorized Label Applicator with Single Labeling Head, Wrap Station, Operator Controller, 6 ft Adjustable Stainless Steel Frame with 4.5 in Poly Table Top Belting | 317 |

| LTS Permanent Reference # | 16 - Status | 16 - Ownership | 16 - Plant Location when appraised in 2016 | Location - October 2016 per NuStar | COMMENT FROM AQUA STAR RE INSPECTION | 16 - OEM | 16 - Model | 16 - Serial# | 16 - Year Built | 16 - Machine Description | 16 - Detail Image # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTS - '217 | | | AQUASTAR - 965 N Main St Springville, UT 84663 | AQUASTAR - 965 N Main St Springville, UT 84663 | | Linx | 5900 | GO173 | 2016 | Stainless Steel Programmable Inkjet Coder | 319 |
| LTS - '218 | | | AQUASTAR - 965 N Main St Springville, UT 84663 | AQUASTAR - 965 N Main St Springville, UT 84663 | | Linx | 5900 | GO661 | 2015 | Stainless Steel Programmable Inkjet Coder | 321 |
| LTS - '219 | | | AQUASTAR - 965 N Main St Springville, UT 84663 | AQUASTAR - 965 N Main St Springville, UT 84663 | | Dorner | | | | 6 ft Aluminum Conveyor with 8 in wide Sanitary Belting | 323 |

| LTS Permanent Reference # | 16 - Status | 16 - Ownership | 16 - Plant Location when appraised in 2016 | Location - October 2016 per NuStar | COMMENT FROM AQUA STAR RE INSPECTION | 16 - OEM | 16 - Model # | 16 - Serial # | 16 - Year Built | 16 - Machine Description | 16 - Detail Image # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTS - '001 | | | NUSTAR_ 1353 W 300 South Linden, UT 84042 | CELMARK INTERNATIONAL 2600 Titan Row Orlando, FL 32809 | Not located during the inspection in Mosses Lake | Shanklin | A27A | A86101 | | Automatic L-Bar Sealer with a Side Mounted Film Mount, Plexiglas Cover, Digital Heat Controls, Analog Speed Conveyor, Allen-Bradley Operated Controller, Model: Selvage Winder S/N S12090, Including a Shanklin Model T7H S/N T1107901 Shrink Tunnel with 15 in Wide Stainless Steel Belting, 42 in Tunnel with Single Top Mounted Circulation Fan, on Carbon Steel Base with Casters | 124, 125, 126 |
| LTS - '020 | | | NUSTAR_ 1353 W 300 South Linden, UT 84042 | CELMARK INTERNATIONAL 2600 Titan Row Orlando, FL 32809 | Not located during the inspection in Mosses Lake | Simplex | AS1 | 8552 | | Table Top, Single Piston Semi-Automatic Piston Filler | 150 |
| LTS - '051 | | | NUSTAR_ 1353 W 300 South Linden, UT 84042 | CELMARK INTERNATIONAL 2600 Titan Row Orlando, FL 32809 | | Enercon | LM5022272 13 | LM502227200 13 | 2013 | Super Seal '100 Over the Belt Induction Sealer on an Adjustable Aluminum Stand | 151 |
| LTS - '127 | | | NUSTAR_ 1353 W 300 South Linden, UT 84042 | CELMARK INTERNATIONAL 2600 Titan Row Orlando, FL 32809 | | Mettler Toledo Safeline | | | | 8 in Diameter Flow Through Metal Detector on a Stainless Steel Square Tube Open Frame with Casters | 176 |
| LTS - '190 | | | NUSTAR_ 1353 W 300 South Linden, UT 84042 | CELMARK INTERNATIONAL 2600 Titan Row Orlando, FL 32809 | | | | | | Stainless Steel Transfer Conveyor with Dual Side Grippers | |

| LTS Permanent Reference # | 16 - Status | 16 - Ownership | 16 - Plant Location when appraised in 2016 | Location - October 2016 per NuStar | COMMENT FROM AQUA STAR RE INSPECTION | 16 - OEM | 16 - Model | 16 - Serial# | 16 - Year Built | 16 - Machine Description | 16 - Detail Image # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTS - '002 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Nestseflex | 275 | | | 18 in Wide Expandable Skate Conveyor | 186 |
| LTS - '003 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | 3M | 200A | 50513 | 2011 | Top and Bottom Case Tape Sealer | 122 |
| LTS - '004 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Milwaukee | | 086444 | | Electric Heat Gun | 214 |
| LTS - '005 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | 36 in x 120 in Stainless Steel Table with Stainless Steel Legs | 197 |
| LTS - '006 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Werner | | | | 6 ft Fiberglass Step Ladder | |
| LTS - '007 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Stainless Steel Fixed Incline Screw Conveyor with 40 in Diameter Stainless Steel Hopper with Lump Breaker Screen and Covers, 6 in diameter Screw, 8 ft Discharge Height and Stainless Steel Open Square Tube Frame with Casters | 138, 139 |
| LTS - '008 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Busch | APB8T111 | 111047 | 2011 | Stainless Steel Rotary Pre-Made Pouch Powder Filler and Sealer including Infeed Empty Bag Conveyor with Vacuum Pick and Place Unit, 8 Station Rotary Carousel, Bag and Seal Opening Station, Bag Opening and Air Injection Station, Chen Retention Jaws, Stainless Steel Powder Filler Station with Automatic Powder Hopper, Stainless Steel Discharge Conveyor, Stainless Steel Base, Plexiglas Safety Panels, Remote Stainless Steel Electrical Enclosure with Kinko Color Touch Screen Operator Controller and Digital Temperature Controllers | 141, 142, 143, 144 |
| LTS - '009 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | 8 ft Stainless Steel Conveyor with 4.5 in Poly Table Top Belting | 218 |
| LTS - '010 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Linx | 5900 | GS107 | 2015 | Stainless Steel Programmable Inkjet Coder | 129 |

| LITS Permanent Reference # | 16 - Status | 16 - Ownership | 16 - Plant Location when appraised in 2016 | Location - October 2016 per NuStar | COMMENT FROM AQUA STAR RE INSPECTION | 16 - OEM | 16 - Model # | 16 - Serial # | 16 - Year Built | 16 - Machine Description | 16 - Detail Image # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LITS - '011 | | | NUSTAR, 1353 W 300 South, Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road, Moses Lake, WA 98837 | | 3M | | | | Top and Bottom Case Tape Sealer with Dual Bottom Grippers | 123 |
| LITS - '013 | | | NUSTAR, 1353 W 300 South, Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road, Moses Lake, WA 98837 | | | | | | (2) 18 in Wide Pedestal Impulse Foot Sealer | 201 |
| LITS - '015 | | | NUSTAR, 1353 W 300 South, Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road, Moses Lake, WA 98837 | | Singer/ Clamco | | | | Poly Folding Tables and Chairs | 215, 216 |
| LITS - '016 | | | NUSTAR, 1353 W 300 South, Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road, Moses Lake, WA 98837 | | MidWest Pacific | | | | 12 in Wide Pedestal Impulse Foot Sealer (did not locate) | |
| LITS - '017 | | | NUSTAR, 1353 W 300 South, Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road, Moses Lake, WA 98837 | | AND | GF200 | | | 200 Gram Capacity Digital Scale (did not locate) | |
| LITS - '019 | | | NUSTAR, 1353 W 300 South, Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road, Moses Lake, WA 98837 | | Clewson | | 41092BM/1 | 1992 | 275 lb. Capacity Stainless Steel Stackable Tote (did not locate) | |
| LITS - '021 | | | NUSTAR, 1353 W 300 South, Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road, Moses Lake, WA 98837 | | | | | | (2) 24 in x 60 in Stainless Steel Topped Tables with Wire Frames and Casters | |
| LITS - '022 | | | NUSTAR, 1353 W 300 South, Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road, Moses Lake, WA 98837 | | | | | | 30 in x 72 in Stainless Steel Table with Galvanized Shelf, Galvanized Legs | |
| LITS - '023 | | | NUSTAR, 1353 W 300 South, Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road, Moses Lake, WA 98837 | | Universal | R310 | R31012204A10 72855 | | Universal Table Top, Semi Automatic Round Product Label Dispenser | 147 |
| LITS - '024 | | | NUSTAR, 1353 W 300 South, Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road, Moses Lake, WA 98837 | | Pelouca | | | | 5 lb. Capacity Digital Scale | 208 |
| LITS - '025 | | | NUSTAR, 1353 W 300 South, Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road, Moses Lake, WA 98837 | | Linx | 5900 | GD5625 | | Stainless Steel Programmable Ink Jet Coder on a Carbon Steel Stand | 127 |
| LITS - '026 | | | NUSTAR, 1353 W 300 South, Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road, Moses Lake, WA 98837 | Not located during the inspection in Mosses Lake | KapsAll | Easy-Kap | | | (2) Table Top, Semi-Automatic Single Head Capper | 200 |
| LITS - '027 | | | | SILVERBOW HONEY - 1120 East Wheeler Road, Moses Lake, WA 98837 | Not located during the inspection in Mosses Lake | Hapman | | X14066 | | Stainless Steel Flexible Screw Conveyor with a 3ft x 3ft Stainless Steel Tapered Bottom Hopper with Lump Breaker Safety Grate | 132, 134, 135 |

| LTS Permanent Reference # | 16- Status | 16- Ownership | 16- Plant Location when appraised in 2016 | Location- October 2016 per NuStar | COMMENT FROM AQUA STAR RE INSPCTION | 16- OEM | 16- Model | 16- Serial# | 16- Year Built | 16- Machine Description | 16- Detail Image # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTS - '028 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Hapman | X131788A | | | Stainless Steel Flexible Screw Conveyor, Stainless Steel Hopper, Ceiling Mounted, Fan with Stainless Steel Wash Down Motor, Etc | 133, 134, 135 |
| LTS - '030 | | | | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | FAPG | 3081 | | | Stainless Steel Inline Gravity Filler with (6) Shut Off Valves, Top Mounted Stainless Steel Product Hopper with (12) Discharge Outlets, Stainless Steel Tube Manifold with (18) Outlets, Diving Spout Mechanism, Stainless Steel Base with Product Conveyor and 4.5 in Wide Table Top Belting, Digital Bottle Counter, Digital Fill Controller, Analog Speed on Code Controls, Arm Mounted Poly Electrical Enclosure, Etc | 177 |
| LTS - '031 | | | | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | LZ Company | FFSP500 | 80722 | | Stainless Steel Vertical Form, Fill and Seal Powder Machine with Rotary Volumetric Filler, Stainless Steel Hopper, Hot Stamp Coder, 8 in Flying Knife Type Sealing Jaws, Stainless Steel Cabinet, with Casters with Digital Controllers, Chinese and English Operator Control Identifications, Etc | 191 |
| LTS - '034 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | GSE | 550 | | | 5 ft x 4ft Carbon Steel Pallet Scale Platform with a Remote Stainless Steel Digital Tare Display Head | |
| LTS - '035 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Avery Weigh Tronix | | | | Digital Scale with a 12 in x 13 in Platform | |
| LTS - '036 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | 36 in x 120 in Stainless Steel Table with Stainless Steel Legs | |
| LTS - '038 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | Not located during the inspection in Moses Lake | | | | | 2 Ton Aluminum Portable Gantry with a CM 2 Ton Electric Hoist, 7 ft Span Bar, Casters, Etc | 157, 158 |
| LTS - '039 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | High Speed/ Mettler Toledo | RX2 | 322034 | | Conveyorized Checkweigher with 11 in Weigh Table, 6.5 in Wide Belting, Stainless Steel Stand, Color Touch Screen Operator Controller | 146 |
| LTS - '040 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Miscellaneous Steamers (did not locate) | |
| LTS - '041 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Clack | | | 2011 | (3) 90 in Diameter 72 in High Fiberglass Vertical Filter/ Softener Tanks | 152 |

| LTS Permanent Reference # | 16 - Status | 16 - Ownership | 16 - Plant Location when appraised in 2016 | Location - October 2016 per NuStar | COMMENT FROM AQUA STAR RE INSPECTION | 16 - OEM | 16 - Model # | 16 - Serial # | 16 - Year Built | 16 - Machine Description | 16 - Detail Image # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTS - '042 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Miscellaneous in Janitors Closet including Miscellaneous Sanitation Equipment, Maids Cart, Poly Buckets with Wringers, Etc | |
| LTS - '044 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Cotterman | | | | 450 lb. Capacity 4-Step Mobile Ladder | |
| LTS - '045 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Chaus | Navigator | | | Digital Scale (did not locate) | |
| LTS - '046 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | Not located during the inspection in Moses Lake, but listed as Mettler Metal Detector... MAYBE LTS '127 | | | | | | |
| LTS - '048 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | 30 in x 72 in Stainless Steel Topped Table with Carbon Steel Base | |
| LTS - '050 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Miscellaneous in Area Including Poly Folding Table, Sanitation Equipment, Hoses, Etc | |
| LTS - '052 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Linx | 4900 | | | 8 ft Stainless Steel Conveyor with 4.5 in Table Top Belting, Motor and Speed Controller, Etc | 128 |
| LTS - '053 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Stainless Steel Programmable Inkjet Coder with Print Head on Adjustable Stand | |
| LTS - '054 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | 5 ft Stainless Steel Conveyor with 4.5 in Table Top Belting, Motor and Speed Controller | 207 |
| LTS - '057 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | 25 in x 80 in Stainless Steel Topped Table | |
| LTS - '058 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | Not located during the inspection in Moses Lake, but listed as Thermo Spectrometer | | | | | 18 in Diameter Air Circulator; Miscellaneous Poly Top Folding Tables | |
| LTS - '059 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Tonita | 1458N | | | Digital Scale (did not locate) | |
| LTS - '060 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Werner | MT22 | | | 22 ft Multi-Position Ladder | |

| LITS Permanent Reference # | 16 - Status | 16 - Ownership | 16 - Plant Location when appraised in 2016 | Location - October 2016 per NuStar | COMMENT FROM AQUA STAR RE INSPCTION | 16 - OEM | 16 - Model | 16 - Serial# | 16 - Year Built | 16 - Machine Description | 16 - Detail Image # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LITS - '061 | | | NUSTAR - 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Digital Scale | 213 |
| LITS - '064 | | | NUSTAR - 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | AND | Wenzhou Pharmaceutical | HD400 | 153 | 1999 | Double Cone Multi Direction Movement Mixer with Remote Stainless Steel Electrical Enclosure, Digital Controls | 136, 137 |
| LITS - '065 | | | NUSTAR - 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | (10) 6 ft Wide Heavy Duty Carbon Steel Tear Drop Shelving Units with Wire Shelving | |
| LITS - '066 | | | NUSTAR - 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | 85 Cu Ft Stainless Steel Double Ribbon Mixer with Custom Stainless Steel Split Cover, Bottom Mounted Motor, Side Mounted Chain Drive, on a Custom Elevated Stainless Steel Platform with a Spare Access and Fiberglass Inserts, 15 hp Motor, Adjustable Gear Reducer, End Bottom Discharge with Pneumatic Valve, Etc. | 160, 161 |
| LITS - '069 | | | NUSTAR - 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Wright | 0300 | 0784986 | 2007 | Stainless Steel Inline Positive Displacement Pump on a Stainless Steel Base with 3 hp motor | 162 |
| LITS - '071 | | | NUSTAR - 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Stainless Steel Transfer Plate | |
| LITS - '075 | | | NUSTAR - 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Endress Houser | | | | Electronic Flow Meter | |
| LITS - '076 | | | NUSTAR - 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | 25 ft Jacketed Tube Holding Rack with Heat Exchangers, Valves, Manifold Plates, Centrifugal Pump, Double Door Stainless Steel Electrical Enclosure with Allen-Bradley Panel View Plus 100 Color Touch Screen Operator Controller and Anderson HA300 Rotary Chart Recorder, Miscellaneous Stainless Steel Piping to Filling Machines, Etc | 163, 164, 165 |

| LTS Permanent Reference # | 16 - Status | 16 - Ownership | 16 - Plant Location when appraised in 2016 | Location - October 2016 per NuStar | COMMENT FROM AQUA STAR RE INSPECTION | 16 - OEM | 16 - Model | 16 - Serial # | 16 - Year Built | 16 - Machine Description | 16 - Detail Image # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTS - '079 | | | NUSTAR_ 1383 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Southern | IM717 | 201126 | 2012 | 25 ft Long Intermittent Motion Horizontal Form Fill and Seal Power Pouch Machine with Markem Imaje Smart Date 5 Coder, Arm Mounted Operated Controller with Allen-Bradley Panel View Plus 1000 Color Touch Screen Operator Controller, (17) Active Clips on 7 in Centers, Liquid Filling Station, Vacuum Pick Off Discharge Station, Plexiglas Safety Doors with Electrical Lockouts, Remcor Chiller, Change Parts Including (3) Tandem Die Sets, Etc. | 107, 108, 109 |
| LTS - '082 | | | NUSTAR_ 1383 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Rexham/ Bartelt | Packager | 3197 | 2012 | 16 ft Intermittent Motion Horizontal Form Fill and Seal Machine with Smart Date 5 Coder with Color Twisting Operator Controller, Top Mounted Analog Machine Controls, (11) Active Clips on 6 in Centers, Liquid Filling Station, Vacuum Discharge Station, Remcor Chiller, Change Parts Including (4) Single Die Punches, Etc. | 105, 106 |
| LTS - '085 | | | NUSTAR_ 1383 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | 25 ft Mixed Construction Conveyor with 24 in Wide Belting (2) Top Mounted High Velocity Fans, Motor Controller, Etc. | |
| LTS - '088 | | | NUSTAR_ 1383 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Poly Folding Tables | |
| LTS - '090 | | | NUSTAR_ 1383 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | 30 in x 88 in Stainless Steel Table with Stainless Steel Legs and Galvanized Shelves | |
| LTS - '091 | | | NUSTAR_ 1383 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Poly Cart | |
| LTS - '094 | | | NUSTAR_ 1383 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | FS Curtis | SESO | 01H030001 | 2008 | Complete Air Compressor System Including 50 hp Rotary Screw Air Compressor with Great Lakes Refrigerated Air Dryer, Inline Filters, Vertical Carbon Steel Air Holding Tank, Etc | 183 |
| LTS - '095 | | | NUSTAR_ 1383 W 300 South Linden, UT 84042 | | Sellers | 77 Commodore | 101406 | | | 50 hp Natural Gas Boiler System with 1,675,000 BTU per Hour Output, Feed Tank, Pumps, Piping, Valves, Etc (Left with Real Estate) | |

| LTS Permanent Reference # | 16 - Status | 16 - Ownership | 16 - Plant Location when appraised in 2016 | Location - October 2016 per NuStar | COMMENT FROM AQUA STAR RE INSPECTION | 16 - OEM | 16 - Model | 16 - Serial# | 16 - Year Built | 16 - Machine Description | 16 - Detail Image # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTS - '096 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Bartell | Packager | 1000771727 | | 16 ft Intermittent Motion Horizontal Form Fill and Seal Powder Machine with analog Controls (Incomplete-Did not inspect) (Scrapped) | |
| LTS - '097 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | JV Northwest | | | | 500 Gallon Stainless Steel Vertical Top Cone Bottom Tank on (4) Stainless Steel Legs with Casters with 20 in Top Manway Top Center Top Entering Agitator | 167 |
| LTS - '099 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Ampco | ZP2090DM | CC8209011 | | Stainless Steel Positive Displacement Pump with Inline Drive and 3 hp Motor | 192 |
| LTS - '101 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Netzsch | | | | Stainless Steel Cavity Pump | 193 |
| LTS - '102 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Hilar | | | | (4) Precision Metering Pumps With Horizontal Pouch Machines | 119A, 119B |
| LTS - '103 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Miscellaneous including (3) 6 ft Carbon Steel Heavy Duty Tear Drop Shelving Units with Wire Shelving, Stainless Steel Parts Hoppers, Connectors, Clamps, Piping, Valves, Drum Dollies, Etc | |
| LTS - '104 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | 500 Gallon Stainless Steel Jacketed Closed Top Flat Bottom Processing Tank with 20 in Manway, Top Entering Motor and Bottom Sweep Agitator | 166 |
| LTS - '105 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | DCI | | | | 1,500 Gallon Stainless Steel Vertical Jacketed Twin Action Mixing Tank with Bottom Agitator, Secondary Agitator, Interior Spray Balls, on (4) Stainless Steel Legs with Leg Extensions | 169 |
| LTS - '106 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Lee | 500D | 294271 | 2003 | 500 Gallon 40 psi National Board# 5500 Twin Action Stainless Steel Jacketed Steam Jacketed Kettle with Leg Extensions and Load Cells with Remote GSE 660 Stainless Steel Digital Tare Display | 168 |
| LTS - '107 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | 500 Gallon Stainless Steel Double Motion Steam Jacketed Kettle on (3) Extended Stainless Steel Legs with Load Cells with Remote GSE680 Stainless Steel Digital Tare Display | 171 |
| LTS - '108 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Cherry Burrell | CV | | | 1,000 Gallon Stainless Steel Vertical Single Shell Tank Closed Top Dish Bottom 18 in Side Bottom Manway | 170 |

| LTS Permanent Reference # | 16 - Status | 16 - Ownership | 16 - Plant Location when appraised in 2016 | Location - October 2016 per NuStar | COMMENT FROM AQUA STAR RE INSPECTION | 16 - OEM | 16 - Model | 16 - Serial# | 16 - Year Built | 16 - Machine Description | 16 - Detail Image # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTS - '109 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Sanitron | | | | Ultraviolet Water Purifier | 179 |
| LTS - '110 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Ampco | S2400C | CC8049421 | | Stainless Steel Centrifugal Pump | 192 |
| LTS - '113 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Clack | | | | (2) 21 in Diameter 62 in high Water Softener Filters | 172 |
| LTS - '114 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Reverse Osmosis Skid Including Grundfos Pump, PSI Filter, (10) Stainless Steel Filter Tubes, Controls, Carbon Steel Cart, Etc | 173 |
| LTS - '115 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | Not located during the inspection in Mosses Lake | | | | | Custom Stainless Steel Elevated Operator Platform With Stair Access and Fiberglass Inserts | 174, 175 |
| LTS - '116 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | Not located during the inspection in Mosses Lake | Morse | | | | Semi Automatic Drum Dolly Lifter Tilter | |
| LTS - '118 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | GE | | | | Commercial Front Loading Gas Dryer (Scrapped) | |
| LTS - '119 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Maytag | LGR202151 8 | | | Top Loading Washing Machine (Scrapped) | |
| LTS - '120 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Utility Basin | |
| LTS - '122 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Miscellaneous in Maintenance Shop Including Wood Tables, Vises, Shop Grinder, Cut Off Saw, 20 Ton Shop Press, Power Sprayer, Paint supplies, Electrical Supplies, Pipe Benders, Carbon Steel Shelving units, Inkjet Coders, Conveyors, Accumulators, Company Owned Hand and Power Tools, Poly Carts, Fans, Recirculators, Etc | |
| LTS - '123 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | 3-Compartment Stainless Steel Sink with Faucet and Spray Wand | 202 |

| LTS Permanent Reference # | 16 - Status | 16 - Ownership | 16 - Plant Location when appraised in 2016 | Location - October 2016 per NuStar | COMMENT FROM AQUA STAR RE INSPECTION | 16 - OEM | 16 - Model # | 16 - Serial # | 16 - Year Built | 16 - Machine Description | 16 - Detail Image # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTS - '124 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Miscellaneous in Sanitation Area Including Chemical Dispensers, Single Drum Spill Pallet, Poly Shelving Units, Hoses, Foamers, Etc | |
| LTS - '125 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Sullair | | | | Complete Air Compressor System Including 75 hp Rotary Screw Air Compressor with Great Lakes Air Refrigerated Compressed Air Dryer and Carbon Steel Vertical Air Holding Tank, Etc | 181, 182 |
| LTS - '126 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Bartelt | Packager | | | 20 Ft Intermittent Motion Horizontal Form Fill and Seal Powder Machine with Analog Controls (Incomplete Under- Did not Inspect) (Scrapped) | |
| LTS - '128 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | CCI | 55509A | 33828 | 2011 | 20 ft x 45 ft x 16 ft high Walk In Cooler with (2) Bohn Two Fan Evaporators (2) Drive Thru Doors, Refrigeration, Etc | 187 |
| LTS - '129 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Sterling | CT480DTank | 41H0917 | | Chiller Water Pump Tank on a Carbon Steel Water Skid with (3) 6 hp Centrifugal Pumps | 186 |
| LTS - '130 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Caps | | | | Low Level Pallet Stretch Wrapper with a 7 ft Column | 180 |
| LTS - '131 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | 12 ft Mixed Construction Conveyor with 6.5 Rubberized Belting, Carbon Steel Legs | 199 |
| LTS - '132 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Miscellaneous in Warehouse Including 222-263 | |
| LTS - '133 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Avery Weigh Tronix | | | | 5 ft x 5 ft Stainless Steel Pallet Scale Platform with Avery Weigh Tronics 5,000 lb Capacity, Remote Stainless Steel Display Head | 185 |
| LTS - '134 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Datamax O'Neil | | | | Pressure Sensitive Label Printer (Replaced) | |
| LTS - '135 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | (20) Pallet Racking | 210, 211, 212 |
| LTS - '136 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Carbon Steel Manager Stand | |
| LTS - '137 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Electric Pressure Washer | 203 |

| LTS Permanent Reference # | 16 - Status | 16 - Ownership | 16 - Plant Location when appraised in 2016 | Location - October 2016 per NuStar | COMMENT FROM AQTA STAR RE INSPECTION | 16 - OEM | 16 - Model | 16 - Serial # | 16 - Year Built | 16 - Machine Description | 16 - Detail Image # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTS - '138 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Poly Carts | |
| LTS - '139 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Fans and Air Circulators | |
| LTS - '140 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | 180 Degree Stainless Steel Hand Sink With Foot Controls | |
| LTS - '141 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Buckhorn | | | | (12) Collapsible Poly Totes with Covers | 188, 188A |
| LTS - '142 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Etc. | |
| LTS - '144 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Kewaunee | | | | 48 in Wide Laboratory Fume Hood with Pull Down Glass Door and Wood Cabinet Base | |
| LTS - '145 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | AND | HR120 | | | Digital Balance with Enclosure | |
| LTS - '146 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Benchmark | | | | Stirrer Hotplate | |
| LTS - '147 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Whirlpool | | | | Refrigerator/Freezer | 205 |
| LTS - '148 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | TurboAir | | | | Double Door Refrigerator | 205 |
| LTS - '149 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Metler Toledo | | | | Ph Meter with Probe | |
| LTS - '150 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Miscellaneous in the Lab Including Hand Mixers, Wood Laminate Laboratory Benches with Laminate Tops, Glassware, Labware, Incubators, Carbon Steel Shelving Units, Etc | |
| LTS - '151 | | | NUSTAR 1353 W 300 South Lindon, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Stainless Steel Cart | |

| LTS Permanent Reference # | 16 - Status | 16 - Ownership | 16 - Plant Location when appraised in 2016 | Location - October 2016 per NuStar | COMMENT FROM AQUA STAR RE INSPECTION | 16 - OEM | 16 - Model | 16 - Serial # | 16 - Year Built | 16 - Machine Description | 16 - Detail Image # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTS - '153 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Sterling | | | | Vertical Water Chiller with Fiberglass Cabinet | 186A |
| LTS - '154 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Carbon Steel 16 Chamber Cartridge Dust Collector with Dual Discharge and 24 in Diameter Blower | 184, 185 |
| LTS - '155 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Z- Automation | CH8401 | | 2006 | Hot Glue Horizontal Cartoner with Pouch Collator and Nordson Hot Glue Unit (did not locate) | |
| LTS - '156 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Drexel | SL44 | 44503A0198 | | 4,000 lb. Capacity Electric Forklift 240 in maximum Forklift Height Rollover Protection Battery and Charger (did not locate) | |
| LTS - '157 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | Not located during the inspection in Moses Lake | Nobles | Speed Scrub | | | Riding Electric Floor Cleaner with Battery and Charger | 284 |
| LTS - '159 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Fork Lift Man Cage | 204 |
| LTS - '160 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Miscellaneous Dollies | |
| LTS - '161 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Crown | | | | Manual Pallet Jacks | 219, 220, 221 |
| LTS - '164 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | Not located during the inspection in Moses Lake | Legendary LGR | Phoenix 1200 | | | Stainless Steel Desiccant Dehumidifier | 195A |
| LTS - '170 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | Linx | 4900 | | | | Stainless Steel Programmable Inkjet Coder | 130 |
| LTS - '171 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Hacman Helix | 400SS | X07402 | | Stainless Steel Flexible Screw Conveyor with Ceiling Mounted Motor Completely disassembled not sure if everything is there | 131, 134, 135 |
| LTS - '172 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Capsugel | 8CF | U81048 | | Capsugel Stainless Steel Semi Automatic Encapsulator | 140 |
| LTS - '173 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Pneumatic Scale | | | | 8-Head In-Line Filler | 145, 146 |

| LITS Permanent Reference # | 16 - Status | 16 - Ownership | 16 - Plant Location when appraised in 2016 | Location - October 2016 per NuStar | COMMENT FROM AQUA STAR RE INSPECTION | 16 - OEM | 16 - Model | 16 - Serial# | 16 - Year Built | 16 - Machine Description | 16 - Detail Image # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LITS - '174 | | SSK part of security under 386k of financing from J. Wright this spring | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | Image Filler | | | | | Stainless Steel Pedestal Mounted Powder Filler with Stainless Steel Hopper and Flow Powder Attachments | 148, 149 |
| LITS - '175 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Ohaus | Defender 3000 | B434956083 | | 4 ft x 4 ft Steel Pallet Scale Platform with 5,000 lb Capacity Remote Display Head | 153, 154 |
| LITS - '176 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | 20 in diameter Rotary Blender, 12 in Wide on a Carbon Steel Stand with Casters | 156 |
| LITS - '177 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | CBS880 | | | Stainless Steel Table Top, Continuous Bag Sealer | 159 |
| LITS - '179 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Thermo | Nicolet iS5 | | | FT-IR Spectrometer | 189 |
| LITS - '180 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Caps | | | | Low Level Pallet Stretch Wrapper with a 7 ft Column | 190 |
| LITS - '181 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Linx | 5900 | | | Stainless Steel Programmable Ink Jet Coder on a Carbon Steel Stand | 194 |
| LITS - '182 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | Not located during the inspection in Moses Lake | Zebra | ZM400 | | | Label Printer | 195 |
| LITS - '183 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Poly Folding Table | 198 |
| LITS - '184 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Ohaus | MB23 | | | Digital Moisture Analyzer | 206 |
| LITS - '185 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | 24 in x 48 in Stainless Steel Table with Wire Shelving Base | 207 |
| LITS - '186 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Poly Cart | 207 |
| LITS - '187 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Whirlpool | | | | Top Loading Washing Machine | 208 |
| LITS - '188 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Ohaus | | | | Scout Pro Digital Scale | 217 |

| LTS Permanent Reference # | 16 - Status | 16 - Ownership | 16 - Plant Location when appraised in 2016 | Location - October 2016 per NuStar | COMMENT FROM AQUA STAR RE INSPECTION | 16 - OEM | 16 - Model | 16 - Serial# | 16 - Year Built | 16 - Machine Description | 16 - Detail Image # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTS - '189 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | 4,000 Gram Digital Scale | 217 |
| LTS - '191 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | EK-4200i | | | Carbon Steel Shelving Unit | |
| LTS - '192 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Manual Drum Pump | |
| LTS - '193 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Pneumatic Mixer with Stainless Steel Shaft and Prop | |
| LTS - '194 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Poly Cart | |
| LTS - '195 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Fan | |
| LTS - '196 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | 5 ft Step Ladder | |
| LTS - '197 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Fan | |
| LTS - '198 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | (1) 24 in x 50 in Stainless Steel Topped Tables with Wire Frames and Casters | |
| LTS - '199 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | 24 in x 48 in Stainless Steel Top Table with Wire Shelf Base | |
| LTS - '200 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | 24 in x 48 in Stainless Steel Top Table with Wire and Shelving Base | |
| LTS - '201 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | 24 in x 48 in Stainless Steel Top Table with Wire and Shelving Base | |
| LTS - '202 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Miscellaneous Poly Folding Tables | |
| LTS - '203 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | AND | | | | | 3o in x 72 in Stainless Steel Table with Galvanized Shelf and Galvanized Legs | |

| LTS Permanent Reference # | 16 - Status | 16 - Ownership | 16 - Plant Location when appraised in 2016 | Location - October 2016 per NuStar | COMMENT FROM AQUA STAR RE INSPECTION | 16 - OEM | 16 - Model | 16 - Serial # | 16 - Year Built | 16 - Machine Description | 16 - Detail Image # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTS - '204 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | 8 ft. Aluminum Conveyor with 6 in Wide Belting | |
| LTS - '205 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Dorner | | | | Carbon Steel Manager Desk | |
| LTS - '206 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Miscellaneous Poly Containers | |
| LTS - '207 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Wire Shelving Unit with Casters | |
| LTS - '208 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Two Step Stepladder | |
| LTS - '209 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | | | | | Poly Tilt Tote | |
| LTS - '210 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Fischer Scientific | 133000 | | | Isotemp Oven | |
| LTS - '211 | | | NUSTAR 1353 W 300 South Linden, UT 84042 | SILVERBOW HONEY - 1120 East Wheeler Road Moses Lake, WA 98837 | | Boekel | | | | Incubator | |

| LTS Permanent Reference # | 16 - Status | 16 - Ownership | 16 - Plant Location when appraised in 2016 | Location - October 2016 per NuStar | COMMENT FROM AQUA STAR RE INSPECTION | 16 - OEM | 16 - Model | 16 - Serial# | 16 - Year Built | 16 - Machine Description | 16 - Detail Image # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTS - 163 | Leased | | NUSTAR 1353 W 300 South Linden, UT 84042 | | | Bartelt | IM 9-12 | RH2014423, 3558 | | Used with the following Equipment 1) Preheat Side Seal Rocker Assembly, 2) Side Seal Cool Rocker Assembly, 3) Ferguson Bag Clamp Chain Indexer, 4) Rapid Change Seal Driver Assembly, 5) Guard Door System, 6) All Other Standard Equipment Including Bottom, Side, and Top Seal, 7) Allen Bradley Electrical, Electrician P.L.C. 8) (1) Bartelt Servo Auger Filler with One Set of Tooling, 9) Vacuum Generators (New) 10) All Other Standard Equipment, 11) Nicker Knife, 12) Conveyor, 13) Top Seal Cooling, 14) Water Chiller, All of Which is the Subject to an Equipment Lease between HMC Products, Inc., as Lessor and Nustar Manufacturing, LLC, as Lessee (did not locate) | 102, 103, 104 |
| LTS - 166 | Leased | Leased by HMC | NUSTAR 1353 W 300 South Linden, UT 84042 | | | HMC Products | IMF714 | H2014418 | 2014 | 25 ft Long Intermittent Motion Horizontal Form Fill and Seal Power Pouch Machine with Markem Image Smart Data X40 Coder, Arm Mounted Operated Controller with Allen-Bradley Panel, View Plus 1000 Color Touch Screen Operator Controller, (14) Active Ops on 7 in Centers, Liquid Filling Station, Bag Top Trimmer, Vacuum Pick Off Discharge Station, Plexiglas Safety Doors with Electrical Lockouts, Remote Chiller, Change Parts Including (8) Tandem Die Seal, Etc. | 100, 101 |
| LTS - 167 | Leased | Leased by IFH | NUSTAR 1353 W 300 South Linden, UT 84042 | | | Southern | Power Pouch | | | 25 ft Long Intermittent Motion Horizontal Form Fill and Seal Power Pouch Machine with In-Line Volumetric Filler, All-Fill Powder Filler with Densus Control, Markem Image Smart Data X Coder, Arm Mounted Operated Controller with Power Panel, View Plus Operator Controller, Vacuum Pick Off Discharge Station, Plexiglas Safety Doors with Arm Mounted Operator Control Panel, Etc. | 110, 111, 112, 113, 114, 115 |
| LTS - 168 | Leased | Leased by HMC | NUSTAR 1353 W 300 South Linden, UT 84042 | | | Klockner | Intr 12 | 3558 | | Automatic Horizontal Intermittent Motion Form Fill and Seal Machine, with (12) Stations on 9 in Centers with a Markem Smart Date X40 Coder, Top Mounted Powder Filler, Plexiglas Safety Panels, Arm Mounted Operator Control Panel, Etc. | 116, 117, 118, 119 |

| LTS Permanent Reference # | 16 - Status | 16 - Ownership | 16 - Plant Location when appraised in 2016 | Location - October 2016 per NuStar | COMMENT FROM AQUA STAR RE INSPECTION | 16 - OEM | 16 - Model | 16 - Serial # | 16 - Year Built | 16 - Machine Description | 16 - Detail Image # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LTS-'169 | Leased | International Financial Services Corporation of Libertyville IL | NUSTAR 1353 W 300 South Linden, UT 84042 | | | Viking Masek | | | | Stainless Steel Vertical (10) Lane Stick Form Fill and Seal Machine with Siemens Color Touch Screen Operator Controller, Plexiglas Safety Doors, Etc. | 120, 121 |
| LTS-'178 | Leased | Asset on loan from Silverbow Honey | NUSTAR 1353 W 300 South Linden, UT 84042 | | | Label-Aire | | | | 2-Sided Pressure Sensitive Labeler with 4' 1/2 in X 8 ft Plastic Table Top Belt Conveyor | 178 |
| LTS-'212 | Leased | | NUSTAR 1353 W 300 South Linden, UT 84042 | | | Yale | ESC030AC-N36TE098 | B68N019110 | | 2,850 Pound Capacity Stand Up Electric Fork Lift with 198.8 Inch Maximum Forklift Height, Roll Over Protection, Battery and Charger | 285 |
| LTS-'213 | Leased | | NUSTAR 1353 W 300 South Linden, UT 84042 | | | Yale | ESC030AC-N36TE098 | B68N019110 | | 2,850 Pound Capacity Stand Up Electric Fork Lift with 198.8 Inch Maximum Forklift Height, Roll Over Protection, Battery and Charger | 286 |
| LTS-'214 | Leased | | NUSTAR 1353 W 300 South Linden, UT 84042 | | | Yale | MPB040-E N0412748 M | B827N58807 | | 4,000 Pound Capacity Electric Pallet Jack with Battery and Charger | 287 |
| LTS-'215 | Leased | | NUSTAR 1353 W 300 South Linden, UT 84042 | | | | MPB040-E N0412748 | | | 4,000 Pound Capacity Electric Pallet Jack with Battery and Charger | 288 |

**NuStar Manufacturing, LLC, Bankruptcy Case No. 16-12272 (CSS)**

**Schedules – Attachment 63 – Customer List (Confidential)**
                              **Not filed, but provided to Chapter 7 Trustee**

NuStar Manufacturing, LLC, Bankruptcy Case No. 16-12272 (CSS)

Schedules – Attachment 64 – Customer Formula List (Confidential)
                    Not filed, but provided to Chapter 7 Trustee

**NuStar Manufacturing, LLC, Case No. 16-12272 (CSS) - Attachment 74**

## Summary of Counts Asserted in Counterclaim

FIRST CLAIM FOR RELIEF:
Tortious Breach of Fiduciary Duty – against M. Carnazzo personally
Demand: $7,208,810

SECOND CLAIM FOR RELIEF:
Misappropriate of Trade Secrets and Confidential Proprietary Information – against M. Carnazzo personally
Demand: $1,250,000

THIRD CLAIM FOR RELIEF:
Aiding and Abetting Tortious Breach of Fiduciary Duty or Civil Conspiracy – against E-Hydrate, and E-Hydrate's Principal Members
Demand: $7,208,810

FOURTH CLAIM FOR RELIEF:
Misappropriate of Trade Secrets and Confidential Proprietary Information – against E-Hydrate
Demand: $1,250,000

FIFTH CLAIM FOR RELIEF:
Intentional Interference with Economic Relations – against E-Hydrate and its Principal Members
Demand: $7,208,810

SIXTH CLAIM FOR RELIEF:
Intentional Interference with Economic Relations – against E-Hydrate and its Principal Members
Demand: $7,208,810

SEVENTH CLAIM FOR RELIEF:
Unjust Enrichment – against E-Hydrate and its Principal Members
Demand: $8,408,932.36

EIGHTH CLAIM FOR RELIEF:
Aiding and Abetting Tortious Breach of Fiduciary Duty or Civil Conspiracy – against JIMD, LLC
Demand: $8,458,932.36

NINTH CLAIM FOR RELIEF:
Breach of Fiduciary Duty – against Robert Wooley
Demand: $8,458,932.36