# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| NUTROGANICS, INC., et al.[1] | Case No. 16-12271 (CSS) |
| Debtors. | Jointly Administered |
| | Re: Docket Nos. 33, 48 |

## REPORT OF SALE PURSUANT TO
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 6004(f)
## (NUSTAR EQUIPMENT)

**PLEASE TAKE NOTICE THAT:**

1. On December 29, 2016, Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the estates of the above-captioned debtors (the "Debtors"), filed the *Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve (A) Asset Purchase Agreement and Sale of Certain Assets of Debtor NuStar Manufacturing, LLC Free and Clear of All Liens, Claims, Encumbrances, and Interests; (B) Approving Form and Manner of Notice of Sale; and (C) Granting Related Relief* (the "Motion") [Docket No. 33], with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

2. On January 19, 2017, the Bankruptcy Court entered the *Order Granting Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve (A) Asset Purchase Agreement and Sale of Certain Assets of Debtor NuStar Manufacturing, LLC Free and Clear of All Liens, Claims, Encumbrances, and Interests; (B) Approving Form and Manner of Notice of Sale; and (C) Granting Related Relief* [Docket No. 48] (the "Sale Order") approving the sale of the Equipment to Despina LC as buyer, for the purchase price of $425,000.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Nutroganics, Inc. (1291); NuStar Manufacturing, LLC (7239); Silverbow Honey Company, Inc. (6713) The location of the corporate headquarters for Nutroganics, Inc. and NuStar Manufacturing, LLC is 9812 Falls Road, #114-299, Potomac, Maryland 20854.

1

| | |
|---|---|
| Dated: October 8, 2021 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ Peter J. Keane* |
| | Bradford J. Sandler (DE Bar No. 4142) |
| | Colin R. Robinson (DE Bar No. 5524) |
| | Peter J. Keane (DE Bar No. 5503) |
| | 919 N. Market Street, 17th Floor |
| | Wilmington, DE 19801 |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: bsandler@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | pkeane@pszjlaw.com |
| | *Counsel to Alfred T. Giuliano, Chapter 7 Trustee* |